The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENA SOLT, an individual, | Case No.: 2:24−cv−00112−RSM |
| Plaintiff, | **STIPULATED MOTION AND ORDER FOR EXTENSION OF DEADLINES TO FILE AMENDED PLEADINGS AND JOIN ADDITIONAL PARTIES** |
| vs. | |
| CSA AMERICA TESTING & CERTIFICATION LLC d/b/a CSA GROUP, a foreign limited liability company, CSA AMERICA STANDARDS, INC. d/b/a CSA AMERICA STANDARDS, a foreign nonprofit corporation, CSA AMERICA INC., a foreign corporation, and CSA CANADA INC., d/b/a CSA GROUP, a foreign corporation, | NOTE ON MOTION CALENDAR: APRIL 24, 2024 |
| Defendants. | |

## STIPULATION

Plaintiff Dena Solt and Defendants CSA America Testing and Certification, et al., through their respective counsel, hereby stipulate, agree, and move the Court to enter the subjoined Order continuing the deadlines for joining additional parties and amending pleadings from April 24, 2024, to May 8, 2024.

The parties request this continuation of deadlines as they require more time to confer about the defendants' entity names and potentially file a stipulated motion to amend the complaint. There are various defendant entities that need to be properly identified throughout

ROCKE | LAW Group, PLLC
500 Union Street, Suite 909
Seattle, WA 98101
(206) 652-8670

the complaint. Accordingly, the parties need time to confer about whether the proper defendants are identified in each cause of action so that the pleadings moving forward can be consistent, and the record can be properly established, ensuring clarity and accuracy as the case progresses.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated this 24th day of April, 2024.

| ROCKE | LAW GROUP, PLLC | BAKER & HOSTETLER LLP |
|---|---|

s/Aaron V. Rocke
Aaron V. Rocke, WSBA #31525
500 Union Street, Suite 909
Seattle, WA 98101
(206) 652-8670
aaron@rockelaw.com
Attorney for Plaintiff

s/ Paul J. Bruene
Curt Roy Hineline, WSBA #16317
Paul J. Bruene, WSBA #52727
999 Third Avenue, Suite 3900
Seattle, WA 98104
(206) 332-1380
(206) 624-7317
chineline@bakerlaw.com
pbruene@bakerlaw.com
Attorneys for Defendants

## **ORDER**

PURSUANT TO THE ABOVE STIPULATION IT IS SO ORDERED; the deadline for Joining Additional Parties is hereby extended to May 8, 2024, and the deadline to file amended complaint with consent of defense or file for court approval is hereby extended to May 8, 2024.

DATED: May 3, 2024

_____
The Honorable Ricardo S. Martinez
United States District Court Judge